FILED - USDC -NH
2022 OCT 18 AM11:10

Hi,

My Name is cole McDermott, I was injured in a construction Accident Working For Glidden Excavation + Pairing out of Gorham. ME They HAD A fraududant Insurance Company. Acadia out of Westbrook ME. I am on fully Medicle Disability Due to this Accident. Glidden Claims to Be DOT Approved on there web site in NH + Vermont As well as Maine This is A Lie. They Have Ducked me 5 years. I would like to file this and Get Help

Thanks

McDermott Cole M Matt 9674

McDermottcole34@gmail.com

Cole 781 441